# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:21-cr-00104-RGE-SBJ |
| vs. | ) |
| | ) **RULE 5 ORDER** |
| Andrew Ryan Demont | ) |
| Defendant. | ) |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, discliplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: January 26, 2022

_____
*Judge's signature*

Stephen B. Jackson, Jr., U.S. Magistrate Judge
_____
*Printed name and title*